Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLARK COUNTY BANCORPORATION
512-F N.E. 81st Street, Suite 229,
Vancouver, WA 98665,

    Plaintiff,

    v.

FEDERAL DEPOSIT INSURANCE
CORPORATION

And

FEDERAL DEPOSIT INSURANCE
CORPORATION-RECEIVER,
Department of the United States of
America,

    Defendants.

Case No. 3:14-cv-05852-BHS

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

NOTE ON MOTION CALENDAR:
January 28, 2015

    Plaintiff Clark County Bancorporation ("Plaintiff") and defendant Federal Deposit Insurance Corporation, as Receiver for Bank of Clark County ("FDIC-Receiver"), as their Stipulated Motion for Withdrawal and Substitution of Counsel (the "Motion"), respectfully represent as follows:

    1.    Pursuant to LCR 83.2(b)(1), Kathryn E. Rasmussen, C. Marie Eckert, and the law firm of Miller Nash Graham & Dunn LLP (collectively, "Withdrawing Counsel"), and

ORDER - 1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: (360) 699-4771 | F: (360) 694-6413
500 BROADWAY STREET, SUITE 400
POST OFFICE BOX 694
VANCOUVER, WASHINGTON 98666

Charles C. Robinson and the law firm of Garvey Schubert Barer (collectively, "Substituting Counsel"), move the court for an order allowing Withdrawing Counsel to withdraw as counsel for the FDIC-Receiver, effective upon entry of the Court's Order allowing the Motion, and providing that Substituting Counsel be substituted as counsel for FDIC-Receiver.

2. Withdrawing Counsel and Substituting Counsel certify that the withdrawal and substitution are made at the request of FDIC-Receiver, which has been provided notice of this Motion. Substituting Counsel agree to substitute as counsel for the FDIC-Receiver, and that Withdrawing Counsel is relieved of all further responsibility as counsel for FDIC-Receiver.

WHEREFORE, Plaintiff and the FDIC-Receiver respectfully request that this Court enter an order:

1. Allowing Kathryn E. Rasmussen, C. Marie Eckert, and the law firm of Miller Nash Graham & Dunn LLP to withdraw as counsel for the FDIC-Receiver, effective upon entry of the Court's Order allowing the Motion, and

2. Substituting Charles C. Robinson and Garvey Schubert Barer as counsel for the FDIC-Receiver, effective upon entry of the Court's Order allowing the Motion.

DATED this 28th day of January, 2015.                    DATED this 28th day of January, 2015.

MILLER NASH GRAHAM & DUNN LLP                           MILLER NASH GRAHAM & DUNN LLP


*/s/ C. Marie Eckert*                                    */s/ Kathryn E. Rasmussen*
C. Marie Eckert, *admitted pro hac vice*                 Kathryn E. Rasmussen
OSB No. 883490                                           WSB No. 38399
Miller Nash Graham & Dunn LLP                            Miller Nash Graham & Dunn LLP
111 S.W. Fifth Avenue, Suite 3400                        500 Broadway Street, Suite 400
Portland, Oregon 97204                                   Vancouver, Washington 98660
Telephone: (503) 224-5858                                Telephone: (360) 699-4771
Fax: (503) 224-0155                                      Fax: (360) 694-6413
Email: marie.eckert@millernash.com                       Email: kathryn.rasmussen@millernash.com

*Attorneys for Defendant FDIC-Receiver*                  *Attorneys for Defendant FDIC-Receiver*

ORDER - 2

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: (360) 699-4771 | F: (360) 694-6413
500 BROADWAY STREET, SUITE 400
POST OFFICE BOX 694
VANCOUVER, WASHINGTON  98666

| | |
|---|---|
| DATED this 28th day of January, 2015. | DATED this 28th day of January, 2015. |
| STINSON LEONARD STREET LLP | HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER PS |

*/s/ Darrell W. Clark*
Darrell W. Clark
DC No. 450273, *admitted pro hac vice*
Stinson Leonard Street LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, D.C. 20006-4605
Telephone: (202) 728-3019
Fax: (202) 572-9991
Email: darrell.clark@stinsonleonard.com

*Attorneys for Defendant FDIC-Receiver*

*/s/ Stephen G. Leatham*
Stephen G. Leatham
WSB No. 15572
HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER PS
211 East McLoughlin Boulevard, Suite 100
Vancouver, Washington 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
Email: sgl@hpl-law.com

*Attorneys for Plaintiff Clark County Bancorporation*

DATED this 28th day of January, 2015.

GARVEY SCHUBERT BARER

DATED this 28th day of January, 2015.

FEDERAL DEPOSIT INSURANCE CORP.

*/s/ Charles C. Robinson*
Charles C. Robinson
WSB No. 15394
Garvey Schubert Barer
1191 Second Ave., #1800
Seattle, Washington 98101
Telephone: (206) 464-3939
Email: crobinson@gsblaw.com

*Attorneys for Defendant FDIC-Receiver*

*/s/ Larry L. Goodman*
Larry L. Goodman
Federal Deposit Insurance Corporation
3501 Fairfax Drive, D-7040
Arlington, Virginia 22226-3500
Telephone: (703) 562-2385
Email: lagoodman@fdic.gov

*Attorneys for Defendant Federal Deposit Insurance Corporation in its corporate capacity*

ORDER - 3

MILLER NASH LLP
ATTORNEYS AT LAW
T: (360) 699-4771 | F: (360) 694-6413
500 BROADWAY STREET, SUITE 400
POST OFFICE BOX 694
VANCOUVER, WASHINGTON  98666

1   After consideration of the above Stipulated Motion, it is so ORDERED.

2   DATED this 28th day of January, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/Kathryn E. Rasmussen*
Kathryn E. Rasmussen
WSB No. 38399
Miller Nash Graham & Dunn LLP
500 Broadway Street, Suite 400
Post Office Box 694
Vancouver, Washington 98666
Telephone: (360) 699-4771
Fax: (360) 694-6413
kathryn.rasmussen@millemash.com

*/s/C. Marie Eckert*
C. Marie Eckert
OSB No. 883490, *pro hac vice*
Miller Nash Graham & Dunn LLP
111 S.W. Fifth Ave., #3400
Portland, Oregon 97204 98666
Telephone: (503) 224-5858
Fax: (503) 224-0155
marie.eckert@millernash.com

*/s/Charles C. Robinson*
Charles C. Robinson
Garvey Schubert Barer
1191 Second Ave, #1800
Seattle, Washington 98101
Telephone: (206) 464-3939
Fax: (206) 464-3939
crobinson@gsblaw.com

ORDER - 4

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: (360) 699-4771 | F: (360) 694-6413
500 BROADWAY STREET, SUITE 400
POST OFFICE BOX 694
VANCOUVER, WASHINGTON  98666